**Motions Granted; Appeal Reinstated; Appeal Dismissed and Memorandum Opinion filed May 30, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-11-00519-CV

### STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS AND STATE FARM LLOYDS, Appellants

### V.

### ROYA BADAVI, Appellee

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-28043**

## M E M O R A N D U M    O P I N I O N

This is an appeal and cross-appeal from a judgment signed March 14, 2011. On May 9, 2013, we abated the appeals at the parties' request for completion of a settlement agreement. On May 22, 5013, appellants filed an unopposed motion to reinstate the appeals. The motion is GRANTED.

Appellants also filed an unopposed motion to dismiss the appeals because

the parties have reached an agreement to settle the case. *See* Tex. R. App. P. 42.1. The motion is GRANTED.

Further, appellant filed an unopposed motion to expedite issuance of mandate. The motion is GRANTED.

Accordingly, the appeals are ordered dismissed. We direct the Clerk of the Court to issue the mandate of the Court immediately.


PER CURIAM


Panel consists of Justices Christopher, Jamison and McCally.